UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiffs,<br><br>v.<br><br>JESSICA FAY BARNES,<br><br>           Defendant. | Old Case No. 2:18-cr-00301-BLW-1<br>New Case No. 2:18-cr-00301-1-EJL-1<br><br>**ORDER OF REASSIGNMENT** |

    IT IS HEREBY ORDERED that this case is reassigned to The Honorable Edward J. Lodge, United States District Judge for the District of Idaho, for all further proceedings.

    IT IS FURTHER ORDERED that docket entry number four (4) in this case is hereby VACATED.

    IT IS FURTHER ORDERED that this case number, 2:18-cr-00301-BLW-1, shall be changed to 2:18-cr-00301-1-EJL-1. The parties shall use this case number on all future filings. Judge Lodge's chambers will be in contact with the parties to schedule any relevant hearings, as appropriate.

DATED: October 2, 2018

/s/ B. Lynn Winmill
B. Lynn Winmill
Chief Judge
United States District Court

Order of Reassignment - 1